Steinberg *v.* Canady, Appellant.

Argued October 2, 1929.

Before PORTER, P. J., TREXLER, KELLER, LINN, GAWTHROP, CUNNINGHAM and BALDRIGE, JJ.

*J. Jerome Katz,* and *Philip Dorfman,* for appellant.

*Abraham Berkowitz,* and *I. Sidney Bass,* for appellee.

PER CURIAM, October 7, 1929:
This was an action of assumpsit to recover on a check of which payment had been stopped. The appeal raises no question worthy of discussion.

The judgment is affirmed.